# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRIME PROPERTY & CASUALTY INSURANCE, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>DESTINY LOGISTICS, LLC; VICTOR J. SPAULDING, SR.; and ANGEL L. COLON<br><br>*Defendants*. | Civil Action No. 2:22-cv-02081 |

## ORDER

AND NOW, this __6th__ day of __Sept.__, 2022, it is hereby **ORDERED** that Plaintiff Prime Property and Casualty Insurance, Inc.'s Motion for Admission *Pro Hac Vice* of David M. Kupfer, Esquire pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED**. It is further **ORDERED** that David M. Kupfer, Esquire is admitted *pro hac vice* to the United States District Court for the Eastern District of Pennsylvania.

                                                                            **BY THE COURT:**

                                                            */s/ Gerald J. Pappert*
                                                            The Honorable Gerald J. Pappert