IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRIME PROPERTY & CASUALTY INSURANCE, INC. | : : : : | |
| *Plaintiff*, | : : | CIVIL ACTION |
| v. | : : : | No. 2:22-cv-02081 |
| DESTINY LOGISTICS, LLC, et al. | : : | |
| *Defendants*. | : : | |

**CLERK'S CERTIFICATE OF DEFAULT**

The defaults of Defendants, Destiny Logistics, LLC, Victor J. Spaulding, Sr., and Angel L. Colon, are hereby noted.

                                                    **GEORGE V. WYLESOL**
                                                    **Clerk of Court**

Date: _____                    By: _____