IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRIME PROP. & CAS. INS., INC., *Plaintiff,* v. DESTINY LOGISTICS, LLC, et al., *Defendants.* | CIVIL ACTION NO. 22-2081 |

## ORDER

**AND NOW**, this 15th day of April, 2024, upon consideration of the Court's July 26, 2023 Order giving plaintiff until August 9 to re-file the amended complaint (ECF 14), the Court's January 5, 2024 Order giving plaintiff until January 19 to refile the amended complaint (ECF 15), the Court's April 4, 2024 Order giving plaintiff until April 12 to refile the amended complaint (ECF 16), and Plaintiff not having filed one, it is hereby **ORDERED** that the case is **DISMISSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.